**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

GILLIAN E. ANDIS                                                          PLAINTIFF

v.                              NO. 3:25-cv-00129-PSH

SOCIAL SECURITY ADMINISTRATION                          DEFENDANT

## ORDER

The Commissioner of the Social Security Administration ("Commissioner") has filed the pending unopposed motion to remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. 405(g). See Docket Entry 19. For good cause shown, the motion is granted. This case is remanded in accordance with the terms outlined by the Commissioner in the motion. The remand in this case is a sentence four remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991). The dismissal of this case is without prejudice to plaintiff Gillian E. Andis' subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED this 23rd day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE