# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

GILLIAN E. ANDIS                                                    PLAINTIFF

v.                              NO. 3:25-cv-00129-PSH

SOCIAL SECURITY ADMINISTRATION                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Gillian E. Andis.

IT IS SO ORDERED this 23rd day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE