**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**GILLIAN E. ANDIS**                                                    **PLAINTIFF**

**v.**                          **NO. 3:25-cv-00129-PSH**

**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

**<u>ORDER</u>**

Plaintiff Gillian E. Andis ("Andis") has filed the pending motion for an award of attorney's fees under the provisions of the Equal Access to Justice Act ("EAJA"). <u>See</u> Docket Entry 22. In the motion, she requests $6,572.20 in attorney's fees. The Commissioner of the Social Security Administration does not oppose Andis' request.

The Court has reviewed the motion for an award of attorney's fees, as well as the documents supporting the motion, and finds nothing unreasonable about Andis' request. The motion is granted, and attorney's fees pursuant to the EAJA in the amount of $6,572.20 are awarded to Andis. The Department of Treasury shall issue payment of this award by check

made payable to Andis, subject to any offset, in care of her attorney,

Stephanie Bartels Wallace ("Wallace"), and shall mail the check to Wallace

at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 4th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE